# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>MATCO TOOLS CORPORATION,<br><br>　　Defendant. | CASE NO. 3:17-cv-155-slc<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### DEFENDANT MATCO TOOLS CORPORATION'S
### MOTION TO DISMISS FOR IMPROPER VENUE

Pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), Defendant Matco Tools Corporation ("Matco") respectfully requests that this Court dismiss all claims in Plaintiff Symbology Innovations, LLC's Complaint for improper venue. Matco is a Delaware corporation with its principal place of business in Ohio and thus does not "reside" in this judicial district. Any alleged infringement through "internal testing" did not occur in this judicial district. Thus venue is improper under 28 U.S.C. § 1400(b) and the Supreme Court's recent ruling in *TC Heartland v. Kraft Foods Grp. Brands LLC*, No. 16-341, 581 U.S. __, 2017 WL 2216934 (May 22, 2017).

In support of this Motion, Matco relies on the following, which are being filed simultaneously hereto:

- Defendant Matco Tools Corporation's Brief in Support of Motion to Dismiss for Improper Venue; and

- Declaration of Matthew Stump.

**WHEREFORE**, Matco respectfully requests that this Court grant the instant Motion and dismiss Plaintiff's claims for improper venue.

Date: June 13, 2017              Respectfully submitted,

                                           By:     */s/ Neil J. McNabnay*
                                                        Neil J. McNabnay
                                                        Texas Bar No. 24002583
                                                        mcnabnay@fr.com
                                                        Ricardo J. Bonilla
                                                        Texas Bar No. 24082704
                                                        rbonilla@fr.com
                                                        Theresa M. Dawson
                                                        Texas Bar No. 24065128
                                                        tdawson@fr.com

                                                        **FISH & RICHARDSON P.C.**
                                                        1717 Main Street, Suite 5000
                                                        Dallas, Texas 75201
                                                        Telephone: 214.747.5070
                                                        Facsimile: 214.747.2091

                                                        **COUNSEL FOR DEFENDANT**
                                                        **MATCO TOOLS CORPORATION**