IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § |
| Plaintiff, | § CIVIL ACTION NO. 3:17-cv-00155-wmc |
| v. | § JURY TRIAL DEMANDED |
| MATCO TOOLS CORPORATION | § |
| Defendant. | § |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Symbology Innovations, LLC hereby moves for an order dismissing all claims by Plaintiff against Defendant Matco Tools Corporation, in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

RESPECTFULLY SUBMITTED.

Dated: June 27, 2017

By: /s/Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS, LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 27th day of June, 2017.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres Oyola

2